## Margaret Harris, Appellee, v. Illinois Power Company, Appellant.

### Gen. No. 9,999.

Heard in this court at the October term, 1944; opinion filed February 8, 1945; rehearing denied April 30, 1945; released for publication May 1, 1945. Miller, Westervelt, Johnson & Thomason, for appellant; Eugene R. Johnson and David A. Nicoll, of counsel; Louis F. Knoblock, for appellee. Opinion by JUSTICE HUFFMAN. Not to be published in full.

## Howard Parker, Appellant, v. Evin Woodard et al., as the Board of Education of Fairdale Community High School District No. 416, Appellees.

### Gen. No. 10,001.

Heard in this court at the October term, 1944; opinion filed February 8, 1945; released for publication May 2, 1945. George Spitz, for appellant. Lowell B. Smith, for appellees. Opinion by JUSTICE WOLFE. Not to be published in full.